IDEAL WRENCH COMPANY, Respondent, *v.* GARVIN MACHINE COMPANY, Appellant.

*Ideal Wrench Co.* v. *Garvin Machine Co.*, 92 App. Div. 187, affirmed.
(Argued April 25, 1905; decided May 30, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 26, 1904, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict and affirming an order denying a motion for a new trial.

*Henry Schoenherr* and *David M. Dean* for appellant.

*Herbert C. Smyth, Sumner B. Stiles* and *Edward S. Rapallo* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

JOHN WILSON, Appellant, *v.* DEXTER SULPHITE PULP AND PAPER COMPANY, Respondent.

*Wilson* v. *Dexter Sulphite Pulp & Paper Co.*, 86 App. Div. 629, affirmed.
(Argued April 25, 1905; decided May 30, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 16, 1903, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Edgar C. Emerson* and *Curtis L. Hildreth* for appellant.

*Henry Purcell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, HAIGHT and WERNER, JJ.